UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ABNER JOSUE REYES NOLASCO,                                      Petitioner,

v.                                                             Civil Action No. 4:26-cv-414-DJH

MATT SANDERSON, Hopkins County
Sheriff et al.,                                                Respondents.

* * * * *

**<u>ORDER</u>**

Petitioner Abner Josue Reyes Nolasco, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  The petition states that Nolasco is detained at the Hopkins County Jail.  (Docket No. 1, PageID.1 ¶ 1; *see* D.N. 1-2, PageID.22)  The petition names Hopkins County Sheriff Matt Sanderson as a respondent.  (D.N. 1, PageID.1 ¶ 1)  A habeas petition "shall . . . name . . . the person who has custody over" the petitioner.  28 U.S.C. § 2242.  Under Kentucky law, "[e]ach jailer shall have the custody, rule and charge of the jail in his county and of all persons in the jail."  Ky. Rev. Stat. Ann. § 71.020.  The Hopkins County Jailer is Mike Lewis. *See Singh v. Lewis*, No. 4:25-cv-133-DJH, 2025 WL 3298080, at *2 (W.D. Ky. Nov. 26, 2025). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that within **three (3) days** of entry of this Order, Nolasco shall file an amended petition naming Mike Lewis, the Hopkins County Jailer, as a respondent.

June 16, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1